AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DENNIS D. SHARP**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **November 13, 2006 and July 18, 2007**   in   **WASHINGTON**   county, in the _____

District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**knowingly, receive child pornography that had been transported in interstate commerce by any means, including by computer.**

in violation of Title   **18**   United States Code, Section(s)   **2252A(a)(2)**   .

I further state that I am   **DETECTIVE TIMOTHY PALCHAK**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                          City and State

_____                         _____
**Name & Title of Judicial Officer**                                  **Signature of Judicial Officer**

STATEMENT OF FACTS

In April 2006, Immigration and Customs Enforcement's (ICE)Cyber Crimes Center, Child Exploitation Section initiated an investigation into a criminal organization operating a commercial child pornography websites, among them one known as "Home Collection." The organization utilized various PayPal accounts to process the payments or provide access to the member restricted websites.

Analysis of the transactional logs obtained from PayPal provided the names and addresses of various customers that purchased access to at least one of the identified child pornography websites. The analysis revealed that on November 13, 2006, Dennis Sharp, address 713 D Street, Northeast, Washington, D.C. made a payment to PayPal to the following email address: softprf@yahoo.com. The payment (94.95) was for access to HL Package/Hardlovers Paysite.

The member restricted website associated with the subject identifiers Hardlovers Paysite and HL Package is known as "Hard Lovers." The restricted website was obtained and found to include images that depicted lascivious displays of the female minors' genitalia and images of the female minors engaging in sexually explicit conduct with adult males. The images were submitted to the National Center for Missing and Exploited Children ("NCMEC"). Of the approximately 1,980 images submitted to NCMEC, NCMEC was able to identify 570 images that depicted victims previously identified by law enforcement investigations.

The investigation further revealed that on December 4, 2006, Dennis Sharp, address 713 D Street, Northeast, Washington, D.C. made a payment to PayPal to the following email address: BELFAST_LTD@JUNO.COM. The payment (99.95) was for access to "Homecollection" The member restricted website associated with the subject identifiers Home Collection and Home Collection 1002 is known as "Home Collection CP Archive." The member restricted website contained the following sections: "News;" "Photos;" "Videos;" and "Software." There were numerous galleries contained within the "Video" section. The "Photos" section contained one gallery with approximately 19 images. Several of the images depicted lascivious displays of the female minors' genitalia. The video files depicted female minors engaged in sexually explicit conduct with adult males.

On Wednesday, July 19, 2007, Members of the Metropolitan Police Department (MPD) and ICE executed a search warrant at 713 D Street Northeast, Washington, DC., the address of defendant, Dennis Sharp.  The search team seized a laptop computer that Dennis Sharp identified as belonging to him as well as a storage chest containing handwritten notes. The notes listed websites that your affiant recognizes as known child pornography websites. Recovered also from the chest were  photo copies of several children who appeared to be under the age of ten engaged in sexual acts with adults.  A preliminary  examination of the defendant's computer revealed several images of children who appeared to be under the age of ten engaged in sexual acts with adults.

The defendant was present during the search warrant and volunteered to give a statement to law enforcement officers.  This statement was memorialized on video and in a handwritten statement by the defendant.  The defendant admitted to Your Affiant that he purchased access to child pornography sites in 2006 and 2007.  The defendant stated that he has over a hundred images of child pornography on his laptop computer, with most of the images being of children under the age of ten, and the youngest being approximately four years old.   The defendant further stated that he has videos of children engaged in sex acts with adults saved in his computer.

        DETECTIVE TIMOTHY PALCHAK
        METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of July, 2007
in the District of Columbia

        DEBORAH A. ROBINSON
        UNITED STATES MAGISTRATE JUDGE