AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

DENNIS DELMAR SHARP

## WARRANT FOR ARREST

CASE NUMBER: 07-370-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _DENNIS DELMAR SHARP_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)

RECEIPT OF CHILD PORNOGRAPHY

in violation of Title __18__ United States Code, Section(s) _2252A(a)(2)_.

DEBORAH A. ROBINSON    |    DEBORAH A. ROBINSON
Name of Issuing Officer    U.S. MAGISTRATE JUDGE    |    U.S. MAGISTRATE JUDGE
                                                    |    District of Columbia
Title of Issuing Officer

[signature]    |    JUL 19 2007
Signature of Issuing Officer    |    Date and Location

Bail fixed at $ _HOLD_  by _Robinson_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/20/07 | D.L. BALDWIN | [signature] |
| DATE OF ARREST | SDUSM - USMS | |
| 07/20/07 | | |

135 3933