IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2007-0370M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL** |
| Defendant. | ) | |

Now comes Ian N. Friedman, of Ian N. Friedman and Associates, LLC, and hereby enters his appearance on behalf of Defendant in the above-entitled and numbered cause.

Respectfully submitted,

__/s Ian N. Friedman_____
IAN N. FRIEDMAN (0068630)
Lead counsel for Defendant
Ian N. Friedman & Associates, LLC
700 West St. Clair Avenue, Suite 110
Cleveland, OH 44113
(216) 928-7700
ifriedman@inflaw.com


JEFFREY T. GREEN (426747)
Local Counsel
Sidley Austin, LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291

1

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served this 9th day of August, 2007, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, room 10-447, Washington, D.C. 20530.

_____
JEFFREY T. GREEN
Local counsel for Defendant