IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| *Plaintiff,*  ) | Criminal No. 2007-0370M |
| ) | |
| v.  ) | |
| ) | |
| DENNIS D. SHARP,  ) | |
| ) | |
| *Defendant.*  ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES Kristina M. Walter, Ohio Attorney Registration No.0080609, an attorney in good standing in the State of Ohio, and hereby respectfully applies pursuant to Local Rule 79.1 of the Rules of the United States District Court for the District of Columbia for admission *pro hac vice* to the bar of this Honorable Court in the above-captioned case.

This application is based on the following:

1. This application for admission is sought for the purposes of representation of Defendant Dennis Sharp in the United States District Court for the District of Columbia, Case No. 07-370.

2. Counsel is a member in good standing of the Bar of the State of Ohio. She is registered with the Ohio Supreme Court Attorney registration office, 65 South Front Street, 5th Floor, Columbus, Ohio 43215-3431, (614) 387-9320. Counsel's business address is 700 W. St. Clair Ave., Suite 110, Cleveland, Ohio 44113.

3. Counsel is barred in all courts in the State of Ohio as well as the United States District Court for the Northern and Southern Districts of Ohio. (Please see certificate of good standing attached hereto).

4. Counsel has not previously been admitted *pro hac vice* in Washington, DC.

5. Counsel has not been denied admission *pro hac vice* in Washington, DC, Ohio, and/or any other jurisdiction. Counsel has not been formerly disciplined or sanctioned in Washington, DC, Ohio, and/or any other jurisdiction.

1

6. Counsel's signature below certifies that counsel has not been the subject of any formal written disciplinary proceeding in Washington, DC, Ohio, and/or any other jurisdiction.

7. Counsel's signature below certifies that counsel has not been formerly held in contempt or otherwise sanctioned by any court in a written order.

8. Counsel has retained the services of Jeffrey T. Green, Sidley Austin LLP, 1501 K Street NW, Washington, D.C. 2005, as co-counsel in this matter.

9. Counsel agrees to comply with all laws, rules, and regulations of the District of Columbia and local government.

Respectfully submitted,

KRISTINA M. WALTER (0080609)
Lead Counsel for Defendant
Ian N. Friedman & Associates, LLC
700 West. St. Clair Avenue, Suite 110
Cleveland, OH 44113
(216) 928-7700
kwalter@inflaw.com

Jeffrey T. Green (426747)
Local Counsel
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005-1401
(202) 736-8291
jgreen@sidley.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served this 14th day of August, 2007, to Jeffrey Pearlman, Esq., Office of the United States Attorney, 555 Fourth Street, NW, room 10-447, Washington, D.C. 20530.

_____
KRISTINA M. WALTER
Lead Counsel for Defendant


_____
JEFFREY T. GREEN
Local Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Criminal No. 2007-0370M |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS D. SHARP, | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE***

For good cause shown, attorney Kristina M. Walter's Application for Admission *Pro Hac Vice* is well taken, good cause has been shown, and the Application is therefore granted.

Wherefore, it is this _____ day of _____, 2007 hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Kristina M. Walter before this Court is **GRANTED**.


Dated: _____

_____
Judge
United States District Court
For the District of Colombia

AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

ss.

NORTHERN DISTRICT OF OHIO

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that **KRISTINA M. WALTER**, 0080609, was duly admitted to practice in said Court on **December 15, 2006** and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on August 13, 2007

**GERI M. SMITH**
**Clerk of Court**

By: _____
**Deputy Clerk**