**FILED**

SEP 1 0 2007



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) Criminal No. 2007-0370M |
| v. | ) |
| DENNIS D. SHARP, | ) |
| *Defendant.* | ) |

### [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

For good cause shown, attorney Ronald L. Frey's Application for Admission *Pro Hac Vice* is well taken, good cause has been shown, and the Application is therefore granted.

Wherefore, it is this _10_ day of _Sept._, 2007 hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Ronald L. Frey before this Court is **GRANTED**.

Dated: _____

_____
Judge
United States District Court
For the District of Colombia