FILED
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 2007-0370M |
| v. | ) |
| DENNIS D. SHARP, | ) |
| Defendant. | ) |

# [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

For good cause shown, attorney Kristina M. Walter's Application for Admission *Pro Hac Vice* is well taken, good cause has been shown, and the Application is therefore granted.

Wherefore, it is this _10th_ day of _Sept_, 2007 hereby

**ORDERED,** that the Motion for Admission *Pro Hac Vice* of Kristina M. Walter before this Court is **GRANTED.**

Dated: _____

_____
Judge
United States District Court
For the District of Colombia